R. R. FOY v. A. & N. C. RAILROAD, from Craven; *W. D. McIver* and *L. J. Moore*, for plaintiff; *Simmons & Ward* and *W. C. Monroe*, for defendant. *Per Curiam:* Affirmed.

STATE v. R. and S. BURKE, from Lenoir; *Attorney-General*, for State; *T. C. Wooten*, for defendant. *Per Curiam:* Affirmed.

JOSEPH DUNN v. W. & W. RAILROAD Co., from Duplin; *A. D. Ward*, for plaintiff; *Junius Davis* and *H. L. Stevens*, for defendant. Petition to rehear dismissed.

B. C. BECKWITH, Administrator, v. R. & G. RAILROAD, from Wake; *Peele & Maynard*, for plaintiff; *Day* and *T. B. Womack*, for defendant. *Per Curiam:* Affirmed.

A. J. McKINNON v. TRANSPORTATION Co., from Robeson; *Patterson & McCormick* and *McLean & McLean*, for plaintiff; *R. E. Lee*, for defendant. *Per Curiam:* Affirmed.

MURTEE HUGGINS v. W. & W. RAILROAD Co., from Robeson; *J. D. Shaw, Jr.*, and *A. W. McLean*, for plaintiff; *G. M. Rose*, for defendant. *Per Curiam:* Affirmed.

RODMAN-HEATH COTTON MILLS v. TOWN OF WAXHAW, from Union; *Adams & Jerome*, for plaintiff; *Redwine & Stack*, for defendant. Petition of plaintiff to rehear dismissed.

A. E. HENDLY v. J. P. McINTYRE, from Anson; *J. A. Lockhart*, for plaintiff; *Bennett & Bennett*, for defendant. *Per Curiam:* Affirmed.

W. H. OSBORN v. M. T. LEACH, from Guilford; *T. M. Argo, J. T. Morehead* and *King & Kimball*, for plaintiff; *Armistead Jones, J. A. Barringer* and *F. H. Busbee*, for defendant. *Per Curiam:* Affirmed.

C. T. JOHNSON v. G. S. BRADSHAW ET AL., from Randolph; *J. T. Morehead* and *W. J. Gregson*, for plaintiff; *J. T. Brittain*, for defendant. *Per Curiam:* Affirmed.

J. M. SHARPE v. So. RAILWAY Co., from Iredell; *George*

*B. Nicholson,* for plaintiff; *L. C. Caldwell,* for defendant. *Per Curiam:* Affirmed.

L. D. Lowe v. James Harris et al., from Wilkes; *Finley & Greene,* for plaintiff; *R. N. Hackett* and *W. W. Barber,* for defendant. *Per Curiam:* Affirmed.

W. R. Sprinkle v. J. M. Wellborn, from Wilkes; *T. B. Finley, Shepherd* and *Womack,* for plaintiff; *Glenn, Manly & Hendren* and *W. W. Barber,* for defendant. *Per Curiam:* New Trial.

M. A. Johnson et al. v. P. E. Slate, from Stokes; *W. W. King,* for plaintiff; *Watson, Buxton & Watson,* for defendant. *Per Curiam:* Affirmed.

J. W. Vickers v. Martha E. Vickers, from Wilkes; *T. B. Finley,* for plaintiff; *W. W. Barber,* for defendant. *Per Curiam:* Affirmed.

D. G. Helton v. A. & C. A. L. Railway Co., from Mecklenburg; *Maxwell & Keerans,* for plaintiff; *George F. Bason,* for defendant. *Per Curiam:* Affirmed.

A. H. Frazier v. J. R. Wilkes, from Mecklenburg; *Maxwell & Keerans,* for plaintiff; *Burwell & Cansler* and *Jones & Tillett,* for defendant. *Per Curiam:* Affirmed.

I. A. Alexander v. Cannon Mfg. Co., from Cabarrus; *M. H. Caldwell* and *L. T. Hartsell,* for plaintiff; *Jones & Tillett,* for defendant. *Per Curiam:* Affirmed.

M. E. Church v. Dan Yates, from Watauga; *R. Z. Linney,* for plaintiff; *L. D. Lowe* and *W. C. Newland,* for defendant. *Per Curiam:* Affirmed.

Wesley Watts v. Carolina & Northwestern Ry. Co., from Caldwell; *Edmund Jones,* for plaintiff; *J. H. Marion* and *W. C. Newland,* for defendant. *Per Curiam:* Affirmed.

State v. Thomas Bird, from Henderson; *Attorney-General,* for State; *Toms & Rector,* for defendant. *Per Curiam:* Affirmed.